# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140723(20)

MARY A. FERDON,
        Plaintiff-Appellant,

v

STERLING PERFORMANCE, INC. and
WEST AMERICAN INSURANCE COMPANY,
        Defendants-Appellees.

_____

SC: 140723
COA: 294562
WCAC: 09-000068

      On order of the Chief Justice, the motion by defendants-appellees for extension to August 20, 2010 of the time for filing their supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

_____
Clerk